UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTH CAROLINA

| IN RE:<br><br>David Hughes and Diana Hughes,<br>Debtor(s).<br><br>303231-00419 | CHAPTER 13<br>CASE NO.: 10-07790-W<br><br>OBJECTION TO CONFIRMATION OF DEBTORS'<br>CHAPTER 13 PLAN |
|---|---|

SunTrust Mortgage, Inc., a secured creditor of the above-named Debtors, hereby objects to the confirmation of the Debtors' Chapter 13 Plan on the following grounds:

1.  The Debtors' Plan states that payments to SunTrust Mortgage, Inc. are current and are to remain current.

2.  However, Debtors are contractually due for April 2010. A Proof of Claim evidencing the total arrearage amount of $11,215.23 is being filed simultaneously herewith.

WHEREFORE, America's Servicing Company prays that the Court deny the Debtor's Plan as presently filed and require that a new Plan be filed which provides for payments from the Trustee on the pre-petition arrearage claim and for post-petition payments to resume from the Debtor commencing December 1, 2010

/s/William S. Koehler
Samuel C. Waters (I.D. 4539)
Cheryl H. Fisher (I.D. 7451)
Reginald P. Corley (I.D. 7832)
Jennifer W. Rubin (I.D. 7540)
Mary R. Powers (I.D. 9121)
William S. Koehler (I.D. 9912)
Attorneys for Movant
Rogers Townsend & Thomas, PC
220 Executive Center Drive, Suite 109 (29210)
Post Office Box 100200
Columbia, South Carolina 29202
(803) 744-4444

Columbia, South Carolina
November 19, 2010

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTH CAROLINA

IN RE:

David Hughes and Diana Hughes,
Debtor(s).

CHAPTER 13
CASE NO.: 10-07790-W

CERTIFICATE OF SERVICE

303231-00419

I, the undersigned employee of ROGERS TOWNSEND & THOMAS, PC, do hereby certify that a copy of the Objection to Confirmation of Debtors' Chapter 13 Plan was mailed to the parties listed below:

David Hughes and Diana Hughes
4 Walnut Hill
Ladys Island, SC  29907

Philip L. Fairbanks, Esquire
1214 King Street
Beaufort, SC  29902

James Wyman (via electronic service)
Chapter 13 Trustee
Post Office Box 997
Mount Pleasant, SC 29465-0997

/s/Beth Verant
ROGERS TOWNSEND & THOMAS, PC
Beth Verant, Bankruptcy Paralegal
P.O. Box 100200
Columbia, SC  29202
(803) 744-4444

Columbia, South Carolina
November 19, 2010