UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTH CAROLINA

| IN RE: | CHAPTER 13 |
|---|---|
| David Hughes and Diana Hughes, Debtor(s). | CASE NO.: 10-07790-W <br><br> WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN |

303231-00419

SunTrust Mortgage, Inc. ("SunTrust") hereby withdraws its Objection to Confirmation of Debtors' Chapter 13 Plan filed on November 19, 2010 and scheduled to be heard at the confirmation hearing on January 27, 2011.

Debtors' amended plan, filed January 17, 2011, provides for surrender of the subject property located at Lot 14 Coosaw River, Beaufort, to SunTrust.

All parties who have notice of the Objection and have responded timely have been notified of the withdrawal and are not opposed. No party will be appearing on behalf of SunTrust at the hearing on January 27, 2011.

/s/William S. Koehler
Samuel C. Waters (I.D. 4539)
Cheryl H. Fisher (I.D. 7451)
Reginald P. Corley (I.D. 7832)
Jennifer W. Rubin (I.D. 7540)
Michael P. Morris (I.D. 9698)
Mary R. Powers (I.D. 9121)
William S. Koehler (I.D. 9912)
Attorneys for Movant
Rogers Townsend & Thomas, PC
220 Executive Center Drive, Suite 109 (29210)
Post Office Box 100200
Columbia, South Carolina 29202
(803) 744-4444

Columbia, South Carolina
January 25, 2011

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTH CAROLINA

IN RE:

David Hughes and Diana Hughes,
Debtor(s).

303231-00419

CHAPTER 13
CASE NO.: 10-07790-W

CERTIFICATE OF SERVICE

I, the undersigned employee of ROGERS TOWNSEND & THOMAS, PC, do hereby certify that a copy of the Withdrawal of Objection to Chapter 13 Plan was mailed to the parties listed below:

David Hughes and Diana Hughes
4 Walnut Hill
Ladys Island, SC  29907

Philip Fairbanks, Esquire
1214 King Street
Beaufort, SC  29902

James M. Wyman
Chapter 13 Trustee
Post Office Box 997
Mount Pleasant, SC 29465-0997

/s/Beth Verant
ROGERS TOWNSEND & THOMAS, PC
Beth Verant, Bankruptcy Paralegal
Post Office Box 100200
Columbia, SC  29202-3200
(803) 744-4444

Columbia, South Carolina
January 25, 2011