**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

IN RE:

David Hughes
Diana Hughes

____Debtor(s).____

CASE NO: 10-07790
CHAPTER: 13

**NOTICE OF MOTION/APPLICATION**
**AND**
**OPPORTUNITY FOR HEARING**

TAKE NOTICE that **David and Diana Hughes** filed a Motion to Incur Debt.

A copy of the motion and proposed order accompanies this notice.

TAKE FURTHER NOTICE that any response, return, and/or objection to this motion should be filed with the Court no later than 14 days from service of motion and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this motion unless a response, return, and/or objection is timely filed and served, in which case the Court will conduct a hearing on **February 6**, 2014 at **9:00 a.m.**, at 145 King Street, Room 225, Charleston, South Carolina. No further notice of this hearing will be given.

Dated: January 13, 2014

/s/ Philip Fairbanks
Philip Fairbanks Esquire
1214 King Street
Beaufort, SC 29902
(843) 521-1580
I.D. No.: 756
Attorney for Debtors

Address of Court:

United States Bankruptcy Court
Post Office Box 1448
1100 Laurel Street
Columbia, SC 29202

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

    David Hughes
    Diana Hughes

       Debtor(s).

CASE NO.: 10-07790
CHAPTER 13

## MOTION TO INCUR DEBT

The Debtors hereby request that the Court permit Debtors to incur debt on the following grounds:

1. The Debtors have negotiated a loan in the amount of **$29,372.99** to purchase a vehicle.

2. The loan payments will be approximately **$484.99** with **15%** interest.

3. The length of the loan will be **75** months.

4. The debtors wish to purchase a new vehicle as the one they currently own is in need of major repairs. Their current vehicle is included in their Chapter 13 plan payments. That vehicle will be traded in and paid off with the purchase of the new vehicle. Payments on the new vehicle will be paid outside of the Chapter 13 plan.

5. The proposed loan has payments, which the Debtors can afford to pay without modifying their Chapter 13 plan.

    **WHEREFORE**, the Debtors pray that notice and order be issued permitting them to incur debt on the terms set forth above.

Dated: January 13, 2014

                               /s/ Philip Fairbanks
                               Philip Fairbanks Esquire
                               1214 King Street
                               Beaufort, SC 29902
                               (843) 521-1580
                               I.D. No.: 756
                               Attorney for Debtor(s)

Address of Court:

United States Bankruptcy Court
Post Office Box 1448
1100 Laurel Street
Columbia, SC 29202

# United States Bankruptcy Court
## District of South Carolina

In re **David Hughes / Diana Hughes**, Debtor(s)

Case No. **10-07790**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **January 13, 2014**, a copy of **Notice of Motion/Application and Opportunity for Hearing and the Motion to Incur Debt** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed on the attached creditor matrix.

/s/ Philip Fairbanks
Philip Fairbanks
Philip L. Fairbanks
1214 King Street
Beaufort, SC 29902
843-521-1580 Fax: 843-521-1590

**10-07790-jw** David Hughes and Diana Hughes
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** John E. Waites
**Date filed:** 10/29/2010 **Date of last filing:** 03/13/2013 **Plan confirmed:** 03/22/2011

# Creditors

**Santander Consumer USA**
P.O. Box 560284
Dallas, TX 75356-0284

(541588845)
(cr)

**24 on Physicians**
P O Box 403631
Atlanta GA 30384

(541575309)
(cr)

**ABS**
PO Box 910
Gates NC 27937

(541575310)
(cr)

**American Express**
c/o Becket and Lee LLP
Po Box 3001
Malvern PA 19355

(541575311)
(cr)

**American Express Bank FSB**
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

(541663323)
(cr)

**American Infosource Lp As Agent for Wfnnb**
As Assignee of
Newport News
PO Box 248872
Oklahoma City, OK 73124-8872

(541582832)
(cr)

**Badcock Furniture**
Legal Dept.
PO Box 232
Mulberry FL 33860-0323

(541575312)
(cr)

**Beaufort Country Treasurer**
PO Drawer 487
Beaufort SC 29901

(541575313)
(cr)

**Beaufort County EMS**
PO Box 1228
Beaufort SC 29901-1228

(541575314)
(cr)

BEAUFORT COUNTY TREASURER
PO BOX 487
BEAUFORT SC 29901

(541615764)
(cr)

Beaufort Memorial Hospital
PO Box 1085
Beaufort SC 29901-1085

(541575315)
(cr)

Beaufort Memorial Orthopedic SPE
PO Box 9011
Belfast ME 04915

(541575316)
(cr)

Beaufort Memorial Surgical Specialists
PO Box 9011
Belfast ME 04915

(541575317)
(cr)

CAB Collections
Po Box 62889
N Charleston SC 29419

(541575318)
(cr)

Capital One, N.A.
PO Box 12907
Norfolk, VA 23541

(542244122)
(cr)

Cbe Group
131 Tower Park Dri
Waterloo IA 50704

(541575319)
(cr)

Chase
Po Box 15298
Wilmington DE 19850

(541575320)
(cr)

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

(541601352)
(cr)

Citibank Usa
Attn.: Centralized Bankruptcy
Po Box 20363
Kansas City MO 64195

(541575321)
(cr)

Collectron Of Atlanta
HARGRAY COMMUNICATIONS
Po Box 82269
Conyers GA 30013-9433

(541575322)
(cr)

Contract Callers Inc
1058 Claussen Rd Ste 110
Augusta GA 30907

(541575323)
(cr)

**Coosaw River Estates**
10306 Remington Drive
2nd Floor
Hagerstown MD 21740

(541575324)
(cr)

**Credit One Bank**
Po Box 98875
Las Vegas NV 89193

(541575325)
(cr)

**First Usa Bank N A**
Po Box 8650
Wilmington DE 19899

(541575326)
(cr)

**GC Services Limited Partnership**
PO Box 46960 (066)
Saint Louis MO 63146

(541575327)
(cr)

**GE Money Bank**
PO Box 981064
El Paso TX 79998-1131

(541575328)
(cr)

**GEMB**
3355 Michelson Drive
Irvine CA 92612

(541575329)
(cr)

**GEMB LENDING INC**
PO BOX 5064
COSTA MESA CA 92628

(541593038)
(cr)

**Hsbc Bank**
Attn: Bankruptcy
Po Box 5213
Carol Stream IL 60197

(541575330)
(cr)

**HSBC Bank Nevada, N.A.**
by PRA Receivables Management, LLC
PO Box 12907
Norfolk VA 23541

(541600028)
(cr)

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19114

(541744394)
(cr)

**Lowes / MBGA**
Attention: Bankruptcy Department
Po Box 103104
Roswell GA 30076

(541575331)
(cr)

**NCO Financial Systems, Inc**

PO Box 12100  
Dept. 64  
Trenton NJ 08650

(541575332)  
(cr)

**Palmetto State Bank**  
P O Box 219  
Beaufort SC 29901

(541575333)  
(cr)

**Portfolio Recovery Associates, LLC.**  
P.O. Box 41067  
Norfolk, VA 23541

(541687176)  
(cr)

**PRA Receivables Management LLC**  
As Agent Of Portfolio Recovery Assocs  
PO Box 12914  
Norfolk VA 23541

(541628477)  
(cr)

**PYOD LLC its successors and assigns**  
c/o Resurgent Capital Services  
PO Box 19008  
Greenville, SC 29602

(541669195)  
(cr)

**Reward Zone**  
PO Box 4155  
Carol Stream IL 60197

(541575334)  
(cr)

**Sams Club**  
Attention: Bankruptcy Department  
Po Box 105968  
Atlanta GA 30353

(541575335)  
(cr)

**Santander Consumer USA**  
P.O. Box 961245  
Fort Worth, TX 76161

(542122461)  
(cr)

**Santander Consumer USA**  
PO Box 961245  
Fort Worth TX 76161-1245

(541575336)  
(cr)

**SC Dept of Revenue**  
PO Box 12265  
Columbia SC 29211-2265

(541575337)  
(cr)

**Sca**  
P O Box 910  
Edenton NC 27932

(541575338)  
(cr)

**Select Labs**  
PO Box 186  
Manning SC 29102

(541575339)  
(cr)

| | | |
|---|---|---|
| **Somerset Point at Lady's Island HOA f/k/a Coosaw R**<br>10306 Remington Drive<br>Hagerstown, MD 21740-1483 | (542028587)<br>(cr) | Creditor committee  *Entity* |
| **SunTrust Bank**<br>PO Box 791274<br>Baltimore MD 21279-1274 | (541575340)<br>(cr) | |
| **SunTrust Bank**<br>Attn: Support Services<br>PO Box 85092<br>Richmond, VA 23286 | (541598632)<br>(cr) | Creditor committee  *Entity* |
| **SUNTRUST MORTGAGE INC**<br>BANKRUPTCY DEPARTMENT RVW 3034<br>P.O BOX 27767<br>RICHMOND VA 23261 | (541582104)<br>(cr) | |
| **SunTrust Mortgage, Inc.**<br>P.O. Box 27767<br>Richmond, VA 23261-7767 | (541591276)<br>(cr) | |
| **Swiss Colony**<br>1112 7th Avenue<br>Monroe WI 53566 | (541575341)<br>(cr) | |
| **The Swiss Colony**<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374 | (541640626)<br>(cr) | |
| **Wfnnb/newport News**<br>995 W 122nd Ave<br>Westminster CO 80234 | (541575342)<br>(cr) | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/13/2014 13:53:08 | | | |
| **PACER Login:** | fl0168 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 10-07790-jw Creditor Type: cr |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |