**Form 195BNC**  (Revised 03/13/2014)

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 10–07790–jw                                     Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

David Hughes                                                     Diana Hughes
4 Walnut Hill                                                    4 Walnut Hill
Ladys Island, SC 29907                                           Ladys Island, SC 29907

SSN: xxx–xx–6153                                                 SSN: xxx–xx–7345

| Entered By The Court 12/3/15 | ORDER DISCHARGING TRUSTEE AND CLOSING CASE | Filed By The Court 12/3/15 Laura A. Austin Clerk of Court US Bankruptcy Court |

The trustee having certified that the estate of the above–named debtor(s) has been fully administered,

**IT IS ORDERED THAT:**

The case trustee is discharged as trustee of the estate of the above named debtor(s) and the bond is cancelled.

The Chapter 13 case of the above named debtor(s) is closed.

Columbia, South Carolina
December 3, 2015
Document 66

*John E Waites*

United States Bankruptcy Judge