Form 194BNC  (Revised 12/15)

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 10–07790–jw        Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

| | |
|---|---|
| David Hughes<br>4 Walnut Hill<br>Ladys Island, SC 29907 | Diana Hughes<br>4 Walnut Hill<br>Ladys Island, SC 29907 |
| Last four digits of Social Security or other Individual Taxpayer No(s)(if any): xxx–xx–6153 | Last four digits of Social Security or other Individual Taxpayer No(s)(if any): xxx–xx–7345 |

**Entered By The Court**
**12/3/15**

Discharge of Debtor After Completion of Chapter 13 Plan

**Filed By The Court**
**12/3/15**
**Laura A. Austin**
**Clerk of Court**
**US Bankruptcy Court**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

Columbia, South Carolina
December 3, 2015
Document 65

*/s/ John E. Waites*

United States Bankruptcy Judge

SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION

**Explanation of Bankruptcy Discharge Before Completion of a Chapter 13 Plan**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain type of taxes specified in 11 U.S.C. § 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained; and
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 hardship discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                           District of South Carolina

In re:                                                         Case No. 10-07790-jw
David Hughes                                                   Chapter 13
Diana Hughes
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0420-2         User: mobley               Page 1 of 3                  Date Rcvd: Dec 03, 2015
                             Form ID: 194BNC            Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2015.
db/jdb         +David Hughes,    Diana Hughes,    4 Walnut Hill,    Ladys Island, SC 29907-1305
cr              NCEP, LLC by American InfoSource LP as agent,    PO Box 248872,    Oklahoma City, OK 73124-8872
541575309      +24 on Physicians,    P O Box 403631,    Atlanta GA 30384-3631
541575310       ABS,   PO Box 910,    Gates NC 27937
542502866       Bayview Loan Servicing, LLC,    M&T Bank,    PO Box 840,    Buffalo NY 14240-0840
541575314       Beaufort County EMS,    PO Box 1228,    Beaufort SC 29901-1228
541575315       Beaufort Memorial Hospital,    PO Box 1085,    Beaufort SC 29901-1085
541575316      +Beaufort Memorial Orthopedic SPE,     PO Box 9011,    Belfast ME 04915-9011
541575317      +Beaufort Memorial Surgical Specialists,     PO Box 9011,    Belfast ME 04915-9011
541575322     ++CARTER YOUNG INC,    882 N MAIN STREET,    SUITE 120,    CONYERS GA 30012-4442
                (address filed with court: Collectron Of Atlanta,      HARGRAY COMMUNICATIONS,    Po Box 82269,
                Conyers GA 30013-9433)
542244122      +Capital One, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
541575319     #+Cbe Group,    131 Tower Park Dri,    Waterloo IA 50701-9374
541575324      +Coosaw River Estates,    10306 Remington Drive,    2nd Floor,    Hagerstown MD 21740-1483
541575327      +GC Services Limited Partnership,     PO Box 46960 (066),    Saint Louis MO 63146-6960
541575329      +GEMB,   3355 Michelson Drive,    Irvine CA 92612-7650
541593038      +GEMB LENDING INC,    PO BOX 5064,    COSTA MESA CA 92628-5064
541600028      +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,     PO Box 12907,
                Norfolk VA 23541-0907
542800981       NCEP, LLC,    by American InfoSource LP as agent,    PO Box 248872,
                Oklahoma City, OK 73124-8872
541575332      +NCO Financial Systems, Inc,    PO Box 12100,    Dept. 64,    Trenton NJ 08650-2100
541575338      +Sca,   P O Box 910,    Edenton NC 27932-0910
541575339      +Select Labs,    PO Box 186,    Manning SC 29102-0186
542028587       Somerset Point at Lady's Island HOA f/k/a Coosaw R,     10306 Remington Drive,
                Hagerstown, MD 21740-1483
541575340       SunTrust Bank,    PO Box 791274,    Baltimore MD 21279-1274
541575341      +Swiss Colony,    1112 7th Avenue,    Monroe WI 53566-1364
541640626      +The Swiss Colony,    c/o Creditors Bankruptcy Service,     P O Box 740933,    Dallas,Tx 75374-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM Dec 03 2015 22:08:00      PRA Receivables Management LLC,    POB 41067,
                Norfolk, VA 23541-1067
cr             +EDI: PRA.COM Dec 03 2015 22:08:00      PRA Receivables Management, LLC,    PO Box 12907,
                Norfolk, VA 23541-0907
cr             +EDI: STF1.COM Dec 03 2015 22:08:00      SunTrust Mortgage INC,    1001 SEMMES AVE,    6TH FLOOR,
                RICHMOND, VA 23224-2245
cr              E-mail/Text: legal_bankruptcy@badcock.com Dec 03 2015 22:12:49       W.S. Badcock Corp,
                PO Box 232,    mulberry, FL 33860
541575311      +EDI: BECKLEE.COM Dec 03 2015 22:08:00      American Express,    c/o Becket and Lee LLP,
                Po Box 3001,    Malvern PA 19355-0701
541663323       EDI: BECKLEE.COM Dec 03 2015 22:08:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                POB 3001,    Malvern  PA 19355-0701
541582832       EDI: AIS.COM Dec 03 2015 22:08:00      American Infosource Lp As Agent for Wfnnb,
                As Assignee of,    Newport News,    PO Box 248872,    Oklahoma City, OK 73124-8872
541615764      +E-mail/Text: bankruptcy@bcgov.net Dec 03 2015 22:13:18       BEAUFORT COUNTY TREASURER,
                PO BOX 487,    BEAUFORT SC 29901-0487
541575313      +E-mail/Text: bankruptcy@bcgov.net Dec 03 2015 22:13:18       Beaufort Country Treasurer,
                PO Drawer 487,    Beaufort SC 29901-0487
541575318      +E-mail/Text: cmiller@cabrmc.com Dec 03 2015 22:13:15       CAB Collections,    Po Box 62889,
                N Charleston SC 29419-2889
541575321       EDI: CITICORP.COM Dec 03 2015 22:08:00      Citibank Usa,    Attn.: Centralized Bankruptcy,
                Po Box 20363,    Kansas City MO 64195
541575320      +EDI: CHASE.COM Dec 03 2015 22:08:00      Chase,    Po Box 15298,    Wilmington DE 19850-5298
541601352       EDI: CHASE.COM Dec 03 2015 22:08:00      Chase Bank USA, N.A.,    PO Box 15145,
                Wilmington, DE 19850-5145
542540765      +EDI: CHRM.COM Dec 03 2015 22:08:00      Chrysler Capital,    P.O. Box 961275,
                Ft. Worth, TX 76161-0275
541575325      +EDI: RCSFNBMARIN.COM Dec 03 2015 22:08:00      Credit One Bank,    Po Box 98875,
                Las Vegas NV 89193-8875
541575326       EDI: CHASE.COM Dec 03 2015 22:08:00      First Usa Bank N A,    Po Box 8650,
                Wilmington DE 19899
541575328      +EDI: RMSC.COM Dec 03 2015 22:08:00      GE Money Bank,    PO Box 981064,    El Paso TX 79998-1064
541575330      +EDI: HFC.COM Dec 03 2015 22:08:00      Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,
                Carol Stream IL 60197-5213
541744394      +EDI: IRS.COM Dec 03 2015 22:08:00      Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
541575331      +EDI: RMSC.COM Dec 03 2015 22:08:00      Lowes / MBGA,    Attention: Bankruptcy Department,
                Po Box 103104,    Roswell GA 30076-9104
541575333       E-mail/Text: rlaffitte@palmettostatebank.com Dec 03 2015 22:13:11       Palmetto State Bank,
                P O Box 219,    Beaufort SC 29901
541687176       EDI: PRA.COM Dec 03 2015 22:08:00      Portfolio Recovery Associates, LLC.,    P.O. Box 41067,
                Norfolk, VA 23541
```

```
District/off: 0420-2          User: mobley              Page 2 of 3                  Date Rcvd: Dec 03, 2015
                              Form ID: 194BNC           Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
541628477      +EDI: PRA.COM Dec 03 2015 22:08:00      PRA Receivables Management LLC,
                 As Agent Of Portfolio Recovery Assocs,   PO Box 12914,   Norfolk VA 23541-0914
542600239      +EDI: PRA.COM Dec 03 2015 22:08:00      PRA Receivables Management, LLC., as agent of,
                 Portfolio Recovery Associates, LLC,   POB 41067,   NORFOLK, VA 23541-1067
541669195      +EDI: RESURGENT.COM Dec 03 2015 22:08:00      PYOD LLC its successors and assigns,
                 c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
541575334      +EDI: HFC.COM Dec 03 2015 22:08:00      Reward Zone,   PO Box 4155,   Carol Stream IL 60197-4155
541575337       E-mail/Text: bankruptcy@sctax.org Dec 03 2015 22:13:19      SC Dept of Revenue,   PO Box 12265,
                 Columbia SC 29211-2265
541582104      +E-mail/Text: pamela.powell@suntrust.com Dec 03 2015 22:13:19      SUNTRUST MORTGAGE INC,
                 BANKRUPTCY DEPARTMENT RVW 3034,   P.O BOX 27767,   RICHMOND VA 23261-7767
541575335      +EDI: RMSC.COM Dec 03 2015 22:08:00      Sams Club,   Attention:  Bankruptcy Department,
                 Po Box 105968,   Atlanta GA 30348-5968
541588845       EDI: DRIV.COM Dec 03 2015 22:08:00      Santander Consumer USA,   P.O. Box 560284,
                 Dallas, TX 75356-0284
541575336      +EDI: DRIV.COM Dec 03 2015 22:08:00      Santander Consumer USA,   PO Box 961245,
                 Fort Worth TX 76161-0244
541598632      +EDI: STF1.COM Dec 03 2015 22:08:00      SunTrust Bank,   Attn: Support Services,   PO Box 85092,
                 Richmond, VA 23285-5092
541591276       E-mail/Text: pamela.powell@suntrust.com Dec 03 2015 22:13:19      SunTrust Mortgage, Inc.,
                 P.O. Box 27767,   Richmond, VA  23261-7767
541575312       E-mail/Text: legal_bankruptcy@badcock.com Dec 03 2015 22:12:49      Badcock Furniture,
                 Legal Dept.,   PO Box 232,   Mulberry FL 33860-0323
541575342      +EDI: WFNNB.COM Dec 03 2015 22:08:00      Wfnnb/newport News,   995 W 122nd Ave,
                 Westminster CO 80234-3417
                                                                                              TOTAL: 35

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          ++W S BADCOCK CORPORATION,    POST OFFICE BOX 724,    MULBERRY FL 33860-0724
                (address filed with court:  W. S. Badcock Corporation,     Post Office Box 232,
                 Mulberry, FL   33860)
cr*            +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
cr*            +SunTrust Mortgage, Inc.,    Bankruptcy Department RVW 3034,    PO Box 27767,
                 Richmond, VA 23261-7767
cr*            +Suntrust Mortgage Inc,    Bankruptcy Dept. RVW 3034,    PO Box 27767,    Richmond, VA 23261-7767
cr*            +Suntrust Mortgage, Inc,    Bankruptcy Department RVW 3034,    PO Box 27767,
                 Richmond, VA 23261-7767
542122461*     +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
541575323     ##+Contract Callers Inc,    1058 Claussen Rd Ste 110,    Augusta GA 30907-0301
                                                                                   TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2015                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2015 at the address(es) listed below:
              Henry Guyton Murrell    on behalf of Creditor    SunTrust Mortgage, Inc. guyton.murrell@rtt-law.com,
               ecfnotices@rtt-law.com

```
District/off: 0420-2           User: mobley              Page 3 of 3                  Date Rcvd: Dec 03, 2015
                               Form ID: 194BNC           Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          James M. Wyman    nobles@charleston13.com,
           wyman@charleston13.com;lamontagne@charleston13.com;renno@charleston13.com;d_nobles@bellsouth.net;
           milligan@charleston13.com;nobles@charleston13.com
          John B. Kelchner    on behalf of Creditor    Bayview Loan Servicing, LLC john.kelchner@hskplaw.com,
           Vanessa.hartley@hskplaw.com
          Mary R. Powers    on behalf of Creditor    SunTrust Mortgage, Inc. mary@rpbklaw.com
          Philip L. Fairbanks    on behalf of Joint Debtor Diana  Hughes jrzy68@gmail.com
          Philip L. Fairbanks    on behalf of Debtor David  Hughes jrzy68@gmail.com
          US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov

                                                                                                                              TOTAL: 7